UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-38279 |
|---|---|
| SCOTT AARON ADAMS | (Chapter 13) |
| LISA MARIE ADAMS | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072042**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 18 | RMR & ASSOCIATES<br>% MARK A ALBRECHT<br>2233 E MAIN ST<br>SPRINGFIELD, OH  45503 | 311.32 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/12/2011

Certificate of Service    05-38279

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

SCOTT AARON ADAMS
LISA MARIE ADAMS
247 OREGON DRIVE
XENIA, OH  45385

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(29.1n)
AMERICREDIT
% ALICE WHITTEN
PO BOX 183853
ARLINGTON, TX  76096

(30.1n)
HILARY B. BONIAL
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

(35.1n)
LINH TRAN
2101 FOURTH AVE
SUITE 900
SEATTLE, WA  98121

(18.1)
RMR & ASSOCIATES
% MARK A ALBRECHT
2233 E MAIN ST
SPRINGFIELD, OH  45503

(34.1n)
ROBERT A WHITEHOUSE II
WHITEHOUSE LAW FIRM LPA
4227 ENGLISH OAKS
BATAVIA, OH  45103

(32.1n)
WELLS FARGO BANK
BOX 829009
DALLAS, TX  75382

(31.1n)
WELLS FARGO BANK NA
BANKRUPTCY CASH MANAGMENT
MAC#X2302 04C  ONE HOME CAMPUS
DES MOINES, IA  50328

(28.1n)
WELLS FARGO HOME MORTGAGE
%BANKRUPTCY MAIL MAC#X7801-014
3476 STATEVIEW BLVD
FORT MILL, SC  29715

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv